# Court of Appeals
# of the State of Georgia

ATLANTA, April 11, 2019

*The Court of Appeals hereby passes the following order:*

## A19A1715.  RACQUEL GREEN et al. v. MAIN STREET RENEWAL, LLC.

This case began as a dispossessory proceeding in magistrate court. Following an adverse ruling, Racquel Green and Linda Green (collectively, the "Defendants") appealed to the superior court, which affirmed the issuance of a writ of possession in favor of Main Street Renewal, LLC (the "Plaintiff"). The superior court further stated that if the Defendants pursued an appeal, they would be required to pay $20,042.85 into the court's registry and an additional $1,195.00 per month due on the first day of each month. The Defendants filed a notice of appeal to this Court, which we dismissed due to their failure to follow the discretionary appeal procedure. See Case No. A19A1358 (dismissed Feb. 21, 2019).

After the Defendants failed to pay the required funds into the court registry as outlined in the superior court's order, the Plaintiff moved to dismiss the appeal and for the writ of possession to issue instanter. On February 22, 2019, the superior court ordered that the writ of possession be granted effective instanter. The Defendants then filed the instant direct appeal. We, however, lack jurisdiction.

As we previously explained in our February 21, 2019 dismissal order, because the order at issue disposes of a de novo appeal from a magistrate court decision, the Defendants were required to follow the discretionary appeal procedures to obtain review before this Court. See OCGA § 5-6-35 (a) (11); *Strachan v. Meritor Mtg. Corp. East*, 216 Ga. App. 82, 82 (453 SE2d 119) (1995). Their failure to do so deprives us of jurisdiction over this appeal.

Accordingly, the Defendants' appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,  04/11/2019*
     *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
     *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*